April 6, 2006

Mr. R. Matthew Molash
Hughes & Luce, L.L.P.
1717 Main Street, Suite 2800
Dallas, TX 75201

Mr. Terry D. Morgan
Terry Morgan & Associates, P.C.
1201 Elm St., Suite 4800
Dallas, TX 75270

RE: Case Number: 06-0266
 Court of Appeals Number: 02-05-00439-CV
 Trial Court Number: 2005-60397-393

Style: JNC PARTNERS DENTON, LLC
 v.
 CITY OF DENTON, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas granted in part and denied in part,
petitioner's emergency motion to extend the temporary stays entered by the
court of appeals, and issued a stay order in the above-referenced case. A
copy of this Court's order is enclosed.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

|cc:|Ms. Sherri |
| |Adelstein |
| |Ms. Stephanie |
| |Lavake |